DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RYAN COLE-SARJEANT KAISER,**
Appellant,

v.

**TIFFANY JAQUELINE KAISER,**
Appellee.

No. 4D22-3097

[March 30, 2023]

Appeal of a nonfinal order from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Laura C. Burkhart, Judge; L.T. Case No. 502022DR003493XXXXSB.

Jeffrey J. Molinaro of Fuerst Ittleman David & Joseph, Miami, for appellant.

Jonathan S. Root and Christopher A. Tiso of Jonathan S. Root, P.A., Boca Raton, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, MAY and KUNTZ, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***